**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SERVICE EMPLOYEES INTERNATIONAL UNION
NATIONAL INDUSTRY PENSION FUND, et al.,

      Plaintiffs,

v.                                                                              Case No. 10-13680

CIENA HEALTHCARE MANAGEMENT INC.,
et al.,

      Defendants.
                                                       /

**PRELIMINARY SCHEDULING ORDER**

On February 11, 2011, the court conducted a status conference in this case. At the conference, the parties informed the court that some of the issues in this litigation will likely soon be resolved. The court is persuaded that, if the parties make diligent, good faith efforts, the entire case could be resolved by amicable agreement within the next month. The court will thus suspend formal discovery at this time and allow the parties to focus on settlement. Accordingly,

IT IS ORDERED that the parties are DIRECTED to exchange documents necessary to determine the current status of the relevant funds and to aid in settlement negotiations.

The court will conduct a telephone conference on **March 10, 2011, at 11:00 a.m.** The court anticipates that all issues will be resolved at that time and the case will be ready for the appropriate closure order.

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: February 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522