# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SERVICE EMPLOYEES INTERNATIONAL UNION
NATIONAL INDUSTRY PENSION FUND, et al.,

      Plaintiffs,

v.                        Case No. 10-13680

CIENA HEALTHCARE MANAGEMENT INC.,
et al.,

      Defendants.
                                     /

## ORDER CONTINUING TELEPHONE CONFERENCE

On March 10, 2011, the court conducted a telephone conference in this case. During the telephone conference, it became apparent that, despite the court's earlier direction to do so, all relevant documents had not yet been exchanged in order to determine the current status of the relevant funds. Accordingly,

IT IS ORDERED that the March 10, 2011, telephone conference is CONTINUED until **March 17, 2011, at 11:30 a.m.** The parties are again DIRECTED to exchange documents necessary to determine the current status of the relevant funds and to aid in settlement negotiations.

                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated: March 11, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 11, 2011, by electronic and/or ordinary mail.

                                    S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522