**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SERVICE EMPLOYEES INTERNATIONAL UNION
NATIONAL INDUSTRY PENSION FUND, et al.,

      Plaintiffs,

v.                                                                       Case No. 10-13680

CIENA HEALTHCARE MANAGEMENT INC.,
et al.,

      Defendants.
                                        /

**ORDER SETTING TELEPHONE CONFERENCE**

On March 23, 2011, the court entered an order administratively closing the case based on representations of counsel that they were continuing to make substantial progress toward reaching an amicable resolution. The court required Plaintiff to file a status report by May 11, 2011, indicating the parties' positions and whether the case may be formally dismissed. Plaintiff filed its first report on May 16, 2011, stating that the parties had not reached a formal settlement but that they continued to make substantial progress. Plaintiff predicted that a settlement could be reached within thirty days. Approximately thirty days later, Plaintiff filed a second status report, again stating that another thirty days would likely be enough to reach a final settlement. The court will allow the parties this thirty-day period, but will not allow indefinite extensions of time to make no identifiable progress toward settlement. Accordingly,

IT IS ORDERED that counsel shall participate in a telephone conference on **July 15, 2011, at 11:00 a.m.** During the conference, the parties should be prepared to

discuss the diligent efforts they have made toward reaching a resolution of this case. If the case has not settled by that time, the court will likely reopen the case and issue a scheduling order. If the case has settled by that time, and the parties have submitted a stipulated dismissal order, the court will cancel the telephone conference.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: June 24, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 24, 2011, by electronic and/or ordinary mail.

                                             s/Lisa G. Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522